

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2021

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM,** Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' reply briefs are due on December 21, 2021.  *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file their reply briefs.

Appellants' motion is GRANTED.  Appellants' reply briefs are due on January 12, 2022. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court